UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE CAROL PRESLEY,<br>　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN,<br>　　　　Defendant. | Case No. 14-cv-01814-JD<br><br>**ORDER REMANDING CASE TO SOCIAL SECURITY ADMINISTRATION**<br><br>Re: Dkt. No. 29 |

　　In this social security appeal, plaintiff Melanie C. Presley filed on June 27, 2015, a notice that she was appealing the Court's May 18, 2015 order granting summary judgment for defendant to the Ninth Circuit Court of Appeals. Dkt. No. 26; *see* Ninth Circuit Court of Appeals Case No. 15-16337.

　　On November 17, 2015, the Ninth Circuit issued an order in that case granting "[t]he parties' joint motion for a full remand pursuant to sentence four of 42 U.S.C. § 405(g)." Dkt. No. 29.

　　Pursuant to that order, the Court now remands this case to the Commissioner of the Social Security Administration for a de novo hearing.

　　The Clerk is requested to enter final judgment in favor of plaintiff and against defendant, and to close the case. *See Shalala v. Schaefer*, 509 U.S. 292, 302 (1993) ("A sentence-four remand . . . is a judgment for the plaintiff.").

　　**IT IS SO ORDERED.**

Dated: November 18, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge